IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-rj-00005-MJW

Arandell Corporation,

Plaintiff(s),

v.

RMG Strategic Marketing, Inc.,

Defendant(s).

## ORDER

It is hereby ORDERED that the written Stipulation to Stay Execution, (docket no 5) is APPROVED and made an Order of Court. There being no further action necessary in this case, this case is closed.

DONE AND SIGNED THIS 1ST DAY OF SEPTEMBER, 2005

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge